CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 23 2021

JULIA C. DUDLEY, CLERK
BY: /s/ A. Beeson
DEPUTY CLERK

| For Clerk's Office Use | |
|---|---|
| Judge | Rec'd |
| Conrad | |

IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTICT
OF VIRGINIA

For use by inmates filing a complaint under **CIVIL RIGHTS ACT, 42 U.S.C. §1983**

DAVAYON J. SAUNDERS                    1450472
Plaintiff full name                    Inmate No.

v.                    CIVIL ACTION NO. 7:21CV112

Head Nurse of RCJ Roanoke City Jail
Defendant(s) full name(s)
Daphine Norman, Daphne Norman

*********************************************************************

A. Current facility and address: Roanoke City Jail
   3737 Franklin Road SW #275 Roanoke VA, 24014

B. Where did this action take place? Roanoke City Jail

C. Have you begun an action in state or federal court dealing with the same facts involved in this complaint?

   ___ Yes    ✓ No

   If your answer to A is Yes, answer the following:

   1. Court: _____

   2. Case Number: _____

D. Have you filed any grievances regarding the facts of this complaint?

   ✓ Yes    ___ No

   1. If your answer is Yes, indicate the result:
      No Results

   2. If your answer is No, indicate why:

E. Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes.** If necessary, you may attach additional page(s). Please write legibly.

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:

For refusing me medical care putting me in the Hole cause i had COVID-19 And had chess pain's everyday Didn't have Any Nurse's come check on me since i been

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:

in the Hole Not sending me to medical to have real treatment dan my mental health is bad i feel nobody was caring About me At All i'm A Human to.

F. State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes.

500,000

G. If this case goes to trial do you request a trial by jury?    Yes ✓    No ____

H. If I am released or transferred, I understand it is my responsibility to immediately notify the court in writing of any change of address after I have been released or transferred or my case may be dismissed.

1450472

DATED: 2-16-21        SIGNATURE: DAVAYON J SAUNDERS

VERIFICATION:
I, DAVAYON SAUNDERS, state that I am the plaintiff in this action and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

DATED: 2-16-21        SIGNATURE: DAVAYON SAUNDERS

TO: Clerk    Fr: DAVAYON SAUNDERS

Ms. Norman is the Head Nurse here at Roanoke City Jail. I had COVID-19. I had bad chess pains everyday so I was getting the deputy's to call the nurse for me. Ms. Norman got the jail movement people to move me to the hole and not to medical. I don't understand why she got me sent here and not to medical. Since I been in the hole no medical nurse have check up on me. My mental health is bad right now. I tried to call a nurse back here to talk to me today 2-16-21 at 2:00pm the deputy came to the hole where i'm at at 3:45pm gave me a medical form and told me the nurses said fill it out they don't wonna talk to me. Ms. Daphine Norman is not caring about me or no other inmate that have COVID-19. People is human's not animal's.

Sinkenly your's

AMY PRICE NANCE
Notary Public
Commonwealth of Virginia
Reg. #7824826
My Commission Exps. Oct. 31, 2023

County/City of Roanoke
Commonwealth/State of Virginia
The foregoing instrument was subscribed and sworn before me this 19 day of February 2021, by Davayon J Saunders
(name of person seeking acknowledgement)
Amy Price Nance
Notary Public
My commission expires: 10/31/2023

TO: Clerk   Fr: DAVAYON SAUNDERS

This is All the grievance's i have filed it's iN RCJ computer

| Grievance's | Dates |
|---|---|
| 8,236,720 | 2-16-21 |
| 8,081,817 | 1-26-21 |
| 8,160,525 | 2-8-21 |
| 8,146,573 | 2-3-21 |
| 8,102,319 | 1-28-21 |
| 8,081,836 | 1-26-21 |
| 7,831,484 | 12-21-20 |
| 8,073,082 | 1-25-21 |
| 6,723,212 | 6-15-20 |
| 7,820,294 | 12-19-20 |
| 8,183,311 | 2-8-21 |

I'm Asking the court's for A Pro-Bono lawyer to help me with my case cause i don't know nothing About the law

sincerly yours

County/City of Roanoke
Commonwealth/State of Virginia
The foregoing instrument was subscribed and sworn before me this 19 day of February 2021, by Davayon J Saunders
(name of person seeking acknowledgement)
Amy Price Nance
Notary Public

AMY PRICE NANCE
Notary Public
Commonwealth of Virginia
Reg. #7824826
My Commission Exps. Oct. 31, 2023

Davayon Saunders 20100 230328
3735 Franklin Road, SW #275
Roanoke VA, 24014

Cle
—
2
2
R

Legal Mail



rk United States District Court

10 Franklin Road, SW Suite 540
10 Franklin Road, SW Suite 540
anoke VA, 24011-2208